David E. Bower (SBN 119546)
**MONTEVERDE & ASSOCIATES PC**
600 Corporate Pointe, Suite 1170
Culver City, CA 90230
Tel: (213) 446-6652
Fax: (212) 202-7880
dbower@monteverdelaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

|  |  |
|---|---|
| DAVID NORMAND, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 2:21-cv-03626-MWF |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| BOINGO WIRELESS, INC., MICHAEL FINLEY, LANCE E. ROSENZWEIG, MAURICE AUSTIN, ROY H. CHESTNUTT, MICHELE V. CHOKA, CHARLES DAVIS, DAVID HAGAN, TERRELL JONES, and KATHLEEN MISUNAS, | |
| Defendants. | |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED:  July 6, 2021                    Respectfully submitted,

**OF COUNSEL**                          */s/ David E. Bower*
                                        David E. Bower

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde                      David E. Bower SBN 119546
John W. Baylet                          **MONTEVERDE & ASSOCIATES**
The Empire State Building               **PC**
350 Fifth Avenue, Suite 4405            600 Corporate Pointe, Suite 1170
New York, New York 10118                Culver City, CA 90230
Tel:  212-971-1341                      Tel: (213) 446-6652
Fax:  212-202-7880                      Fax: (212) 202-7880
jmonteverde@monteverdelaw.com           dbower@monteverdelaw.com

*Counsel for Plaintiff*                 *Counsel for Plaintiff*

1